**MEMO ENDORSED**



| MURIEL GOODE-TRUFANT<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Joseph V. Martino<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-0878 |
|---|---|---|

August 14, 2024

**VIA ECF**
Hon. Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *M.R., et al. v. N.Y.C. Dep't of Educ. et al.,* 23-cv-9778 (JHR)(GS)

Dear Magistrate Judge Stein:

      I am a Special Assistant Corporation Counsel in the Office of Acting Corporation Counsel, the Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks implementation of an underlying administrative order as well as attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

      The Parties write pursuant to the Court order dated July 10, 2024 (ECF No. 21), to respectfully request a 30-day adjournment of the Initial Pretrial Conference currently scheduled for Wednesday, August 21, 2024 at 11:00 am to September 21, 2024 or a date thereafter convenient for the Court, as well as the date for submission of the attendant Case Management Plan and proposed Scheduling Order. We apologize to the Court for the lateness in the request. Both Plaintiff and Defendants make this request together. This is the second request for an adjournment.

      Settlement discussions between the parties are active and ongoing. The Parties are hopeful that the requested adjournment will allow the parties to limit the issues requiring Court intervention, and ideally result in a settlement of this case without burdening the parties and the Court with either a conference or discovery.

      Accordingly, the Parties respectfully request that the Court adjourn the Initial Pretrial Conference and attendant Case Management Plan and proposed Scheduling Order, until September 21, 2024 or a date thereafter convenient for the Court. In the alternative, should the Court not agree to adjourn the matter, the Parties ask the Court to move the Case Management Plan and Scheduling Order submission date to Monday, August 19th.

      Thank you for considering this request.

Respectfully submitted,

    /s/
_____
Joseph V. Martino
Special Assistant Corporation Counsel

cc: Elisa Hyman, Esq. (via ECF)

Application granted. The Initial Case Management Conference ("ICMC") currently scheduled for Wednesday, August 21, 2024 is hereby adjourned to Thursday, September 26, 2024 at 10:00 a.m. Accordingly, the deadline to submit a proposed case management plan and scheduling order is adjourned to Thursday, September 19, 2024. The access information contained in the Court's order at Docket Number 19 remains operative.

While the Court encourages the parties to continue their ongoing settlement discussions, absent compelling circumstances, the Court will be unlikely to grant a third request for adjournment of the ICMC.

The Clerk of Court is respectfully directed to close Docket Number 22.

SO ORDERED.

Dated: August 14, 2024
New York, New York

Gary Stein
United States Magistate Judge
Southern District of New York