# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

December 9, 2024



*VIA ECF*
Hon. Gary Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *M.R., et al., v. N.Y.C. Dep't of Educ. et al.,* 23-cv-9778 (JHR)(GS)

Dear Judge Stein:

    I represent the Plaintiffs in the above-referenced action.

    I write jointly on behalf of both parties to request a *nunc pro tunc* extension of time to file the Case Management Plan and to request an adjournment of the conference scheduled for tomorrow, December 10, 2024 (ECF No. 29). Defendants' counsel has had a death in the family and is out of the office today.

    At a minimum, we ask that the Court adjourn the CMP deadline, and have the parties appear for a settlement status. If the conference proceeds, Erin O'Connor, of counsel, will be covering the conference for Plaintiffs' counsel. Defendants' counsel advised he will returned to the office tomorrow as well.

    As noted in our prior letter on November 18, 2024, the parties have a settlement in principle on the substantive issues and are just waiting for an offer and stipulation. Plaintiffs have provided their attorney's fees records to Defendants' counsel and Defendants' counsel has advised that he believes he should hear back regarding authority shortly.

    Thank you for Your Honor's consideration of the above.

                                                Respectfully submitted,

                                                Elisa Hyman, Esq.

cc: Joseph Martino, Esq.

Application granted. The Initial Case Management Conference scheduled for Tuesday, December 10, 2024, is hereby adjourned to Thursday, December 19, 2024 at 3:00 p.m. The parties are to submit a revised Proposed Case Management Plan and Scheduling Order by December 12, 2024.

Date:  December 9, 2024
       New York, New York

**SO ORDERED:**

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

2